IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> KENYADA DOUNVEOUR ) | CASE NO.: CR504-20 |

## ORDER

The United States Probation Office has filed a Report alleging that Defendant violated the conditions of his supervised release. Defendant was subsequently arrested, and counsel was appointed to represent him. Defendant Dounveour after consultation with counsel, filed a "Waiver of Right to Preliminary Revocation Hearing."

Accordingly, it is hereby **ORDERED** that Defendant Dounveour be held for a revocation hearing.

**SO ORDERED**, this 26th day of September, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)