ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

2006 MAR -8 PM 3: 46

[signature]
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR504-20 |
| v. ) | |
| ) | |
| KENYADA DOUNVEOUR ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant is incompetent to proceed with a revocation hearing concerning his supervised release at this time. Defendant shall be sent to an appropriate facility to receive mandatory competency restoration treatment.

**SO ORDERED**, this 8th day of March, 2006.

[signature]
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)